# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00609-CV

### In re State of Texas

### ORIGINAL PROCEEDING FROM BELL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator State of Texas filed a petition for writ of mandamus and a motion for temporary stay. *See* Tex. R. App. P. 52.8, 52.10. On September 26, 2014, we granted the motion for temporary relief and stayed the portion of the trial court's discovery order requiring the State (1) to produce Daniel Wright for deposition; (2) to produce the Texas Department of Transportation's reviewing appraiser who reviewed, approved, and adopted Wright's appraisal valuation for deposition; and (3) to produce Wright's and the reviewing appraiser's complete work files. We allowed the real party in interest until October 21 to file a response. Having reviewed the petition, response, and record, we dissolve our stay and deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed: October 31, 2014